UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

DATE: October 20, 2025
JUDGE: Pamela Pepper
CASE NO: 2022-cr-26
CASE NAME: United States of America v. Lenard Monroe
NATURE OF HEARING: Jury Trial (Day 1)
APPEARANCES: Erica Lounsberry – Attorney for the government
Elizabeth Monfils – Attorney for the government
Kenneth Folkers – Case Agent
Brian Fahl – Attorney for the defendant
Lenard Monroe – Defendant
COURT REPORTER: Sue Armbruster
COURTROOM DEPUTY: Justin Dreikosen
TIME: 8:38 a.m.-
HEARING: Jury Trial – Day 2, October 21, 2025 (9:00a.m.)

| START – 8:38 a.m. *Venire* sworn – 9:20 a.m. | Morning break – 10:23 – 10:33 a.m. *Petit* jury sworn – 12:22 p.m. | Lunch break: 12:28 p.m. – 1:33 p.m. | Afternoon recess: 3:31 p.m. – 3:45 p.m. 4:36 p.m. – 4:42 p.m. | End of Day: 5:36 p.m. |
|---|---|---|---|---|

The courtroom deputy swore the *venire* and the court questioned the jurors. The court conducted the *voir dire*. At the conclusion of questioning, the parties saw jurors #2, #13, #19, #30, #32 and #40 at sidebar. With the agreement of the parties, the court struck seven jurors for cause.

The parties exercised their peremptory strikes. Defense counsel challenged the government's peremptory strike of Juror #30 under Batson v. Kentucky, 476 U.S. 79 (1986). The court denied the challenge. Once the jury had been selected, the courtroom deputy swore in the *petit* jury and two alternates. The court excused the jurors for lunch.

The court reconvened after lunch and instructed the jurors. The prosecutor and defense counsel both made opening statements.

The government called witness Tony Baize. The government read **Stipulation #12**; under this stipulation, the court admitted **Exhibits 2-14, 456, 459, 462, 465, 468, 471, 474, 476, 479, 482, 485, 488, 491, 494, 497, 499, 501, 503, and 551-558.** Defense counsel cross-examined the witness.

1

The government called witness Phillip Daniels. The court admitted **Exhibits 525, 524, 534 and 523.** The court excused the jury at 5:28 p.m., instructing the jurors to report at 9:00 a.m. on October 21, 2025. The court excused the witness at 5:29 p.m.

The court stood in recess at 5:31 p.m.