UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

DATE: October 22, 2025
JUDGE: Pamela Pepper
CASE NO: 2022-cr-26
CASE NAME: United States of America v. Lenard Monroe
NATURE OF HEARING: Jury Trial – Day 3
APPEARANCES: Erica Lounsberry – Attorney for the government
Elizabeth Monfils – Attorney for the government
Kenneth Folkers – Case agent
Brian Fahl – Attorney for the defendant
Lenard Monroe – Defendant
COURT REPORTER: Susan Armbruster
COURTROOM DEPUTY: Justin Dreikosen
TIME: 8:56 a.m. – 5:32 p.m.
HEARING: Jury Trial, Day 4 – October 23, 2025 at 9:00 A.M.

| START – 8:56 a.m. | Morning recess - 10:40 a.m. – 10:56 a.m. | Lunch break: 11:33 a.m. – 12:36 p.m. | Afternoon recess: 1:55 p.m. – 2:12 p.m.<br><br>3:53 p.m. – 4:08 p.m. | End of Day: 5:32 p.m. |
|---|---|---|---|---|

The government called witness Amanda Corrao. Defense counsel cross-examined the witness.

The government called witness Michelle Hauck. Defense counsel cross-examined the witness.

The government called witness Andreasha King. During this witness's testimony, the government offered and the court admitted **Exhibit 516.** Defense counsel cross-examined the witness.

The government called witness Kyra Allen. During this witness's testimony, the government offered and the court admitted **Exhibit 505.**

The government called witness Marty Jackson. Defense counsel cross-examined the witness.

The government called witness Denise Koceja. Defense counsel cross-examined the witness.

1

The government called witness Special Agent Kenneth Folkers. During this witness's testimony, the government offered and the court admitted **Exhibit 608.**

The court excused the jury at 5:29 p.m., instructing the jurors to report at 9:00 a.m. on October 23, 2025.

The court stood in recess at 5:32 p.m.