UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

DATE: October 27, 2025
JUDGE: Pamela Pepper
CASE NO: 2022-cr-26
CASE NAME: United States of America v. Lenard Monroe
NATURE OF HEARING: Jury Trial – Day 6
APPEARANCES: Erica Lounsberry – Attorney for the government
Elizabeth Monfils – Attorney for the government
Kennth Folkers – Case agent
Brian Fahl – Attorney for the defendant
Lenard Monroe – Defendant
COURT REPORTER: Susan Armbruster
COURTROOM DEPUTY: Justin Dreikosen
TIME: 8:32 a.m. – 4:25p.m.
HEARING: March 10, 2026 at 1:30 p.m. (Sentencing)

| START – 8:32 a.m. | Morning recess - 10:37 a.m. – 10:52 a.m. | Verdict – 3:55 p.m. | End of Day – 4:26 p.m. |
|---|---|---|---|

Outside the presence of the jury, the court asked the parties for their position on the ostrich instruction. The government asked the court to omit that portion of the knowledge instruction. Defense counsel did not object.

The court recalled the jury. The court instructed the jury.

The government presented a closing argument.

The defense presented a closing argument.

The government presented a rebuttal argument.

The court dismissed the alternate jurors.

The courtroom deputy swore in the bailiff.

The jury retired to the deliberation room.

At approximately 3:55p.m., the jury notified the bailiff that it had reached a verdict. The court brought the jury back into the courtroom and the foreperson provided the court with the verdict form. The court reviewed the verdict form, then read the verdict aloud:

1

Count One, conspiracy to violate the antikickback statute: Guilty

Count Two, offering or paying a healthcare kickback: Guilty

Count Three, healthcare fraud: Guilty

Count Four, healthcare fraud: Guilty

Count Five, healthcare fraud: Guilty

Count Six, healthcare fraud: Guilty

Count Seven, healthcare fraud: Guilty

Count Eight, healthcare fraud: Guilty

Count Nine, healthcare fraud: Guilty

Count Ten, healthcare fraud: Guilty

Count Eleven, healthcare fraud: Guilty

Count Twelve, healthcare fraud: Guilty

Count Thirteen, healthcare fraud: Guilty

Count Fourteen, healthcare fraud: Guilty

Count Fifteen, healthcare fraud: Guilty

Count Sixteen, healthcare fraud: Guilty

Count Seventeen, healthcare fraud: Guilty

Count Eighteen, healthcare fraud: Guilty

Count Nineteen, healthcare fraud: Guilty

Count Twenty, healthcare fraud: Guilty

Count Twenty-One, wire fraud: Guilty

Count Twenty-Two money laundering:  Guilty

Defense counsel asked the court to poll the jurors; the court did so, and each juror affirmed the verdict.

The court extended its appreciation to the jurors for their service and excused the jury.

The court stated it would give defense counsel the usual time to file post-trial motions. The court explained that if counsel needed more time to file motions, he should file a motion for an extension.

The government did not seek remand. The defendant requested to remain on bond pending sentencing. The court allowed the defendant to remain on bond pending sentencing, but advised him that if he violated the conditions of his supervision, the court would have little flexibility regarding remand.

The court scheduled a sentencing date for **March 10, 2026 at 1:30p.m. in Room 222**. The probation office will disclose the PSR by February 10, 2026, with objections due by February 24, 2026. Parties must file any sentencing memoranda, letters, medical evaluations, certificates of completion and any other documents they wish the court to consider at sentencing ***no later than seven days before the sentencing hearing (that is, by March 3, 2026).*** (This does not include objections to the presentence investigation report; objections to the presentence report must be filed within fourteen days of the disclosure of the presentence report.) If a party is unable to file such documents seven days prior to the sentencing hearing, that party must file a motion seeking the court's leave to file the document(s) less than seven days before the hearing and stating good cause for why the court should grant the motion. Failure to file such documents at least seven days before sentencing (or to move for leave to file the documents less than seven days before the hearing) may result in the court *sua sponte* adjourning the hearing to a date selected by the court, based on its calendar.

Dated in Milwaukee, Wisconsin this 27th day of October, 2025.

                **BY THE COURT:**

                _____
                **HON. PAMELA PEPPER**
                **Chief United States District Judge**