UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          Case No. 22-CR-26

LENARD MONROE,

    Defendant.

## NOTICE OF APPEAL

Lenard Monroe, by his attorney, Brian T. Fahl, Kravit, Hovel & Krawczyk, s.c., now gives notice pursuant to FED. R. APP. P. 3(c), 4(b) that he appeals the judgment of conviction imposed on March 10, 2026 and docketed on March 13, 2026 by the United States District Court for the Eastern District of Wisconsin, Hon. Pamela Pepper presiding. Mr. Monroe takes this appeal to the United States Court of Appeals for the Seventh Circuit.

With this notice of appeal, Mr. Monroe files the docketing statement required by CIRCUIT RULE 3 (7th Cir.) combined with a CIRCUIT RULE 26.1 disclosure statement. Mr. Monroe had counsel appointed for him under the Criminal Justice Act ("CJA") in the trial court and will seek appointment of CJA counsel on appeal. Cir. R. 46.1(b)(7th Cir.).

Dated at Milwaukee, Wisconsin this 13th day of March, 2026.

                                          KRAVIT, HOVEL & KRAWCZYK S.C.

                                          *s/Brian T. Fahl*
                                          Brian T. Fahl
                                            State Bar No. 1043244

*Attorneys for Lenard Monroe*

Kravit, Hovel & Krawczyk s.c.
825 North Jefferson Street, Fifth Floor
Milwaukee, WI 53202
(414) 271-7100 - Telephone
(414) 271-8135 - Facsimile
btf@kravitlaw.com